AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 5:20-mj-00024-JLT |
| ALEJANDRO AGUILAR | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  October 9, 2009  in the county of  Kern  in the
Eastern District of  California , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1073 | Unlawful Flight to Avoid Prosecution |

This criminal complaint is based on these facts:

(see attachment)

☒ Continued on the attached sheet.

_____
Complainant's signature

Kristen Reed, FBI Special Agent
Printed name and title

Sworn to before me over the telephone and signed by me pursuant to Fed.R.Crim.P. 4.1 and 41(d)(3).

Date:  August 24, 2020

_____
Judge's signature

City and state:  Bakersfield, CA

Jennifer L. Thurston, U.S. Magistrate Judge
Printed name and title