ERIC GRANT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEJANDRO AGUILAR,<br><br>Defendant. | CASE NO. 5:20-MJ-00024-JLT<br><br>UNITED STATES' MOTION TO DISMISS AND ORDER |

The United States of America, by and through its undersigned counsel, hereby moves for dismissal of the above-captioned matter for the following reasons.

The FBI advised the government today that evidence indicates that the defendant is deceased.

Dated: November 19, 2025
               ERIC GRANT
               United States Attorney

            By: */s/ KAREN A. ESCOBAR*
               KAREN A. ESCOBAR
               Assistant United States Attorney

**O R D E R**

IT IS SO ORDERED this 10th day of December 2025.

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE